FILED

September 6, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        MR
                    Deputy

**SEALED**

**Case No: SA:23-CR-00460-FB**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **INDICTMENT** |
| **COURTNEY TERRELL JOSEPH,** | **COUNT 1: 18 U.S.C. § 922(a)(1)(A)** **Engaging in the Business of Dealing in Firearms Without a License** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. § 922(a)(1)(A)]

Beginning on or about January 1, 2020, and continuing through the date of this indictment, in the Western District of Texas, Defendant,

**COURTNEY TERRELL JOSEPH,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* **Fed. R. Crim. P. 32.2**]

### I.
### Firearms Violation and Forfeiture Statutes
**[Title 18 U.S.C. § 922(a)(1)(A), 923(a), and 924(a)(1)(D), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violations set forth above, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any . . . or knowing violation of section 924 . . . or willful violation of any other provision of this chapter or any rule or regulation promulgated thereunder, or any violation of any other criminal law of the United States, or any firearm or ammunition intended to be used in any offense referred to in paragraph (3) of this subsection. . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

## II.
## Money Judgment

**Money Judgment**: A sum of money which represents the amount of property involved in or traceable to the violations set forth in Count, for which the Defendant is liable.

## III.
## Substitute Assets

If any of the property described above as being subject to forfeiture for the violations set forth above, as a result of any act or omission of Defendant:

a.   cannot be located upon the exercise of due diligence;
b.   has been transferred or sold to, or deposited with, a third party;
c.   has been placed beyond the jurisdiction of the court;
d.   has been substantially diminished in value; or
e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property, up to the

value of said money judgment, as substitute assets pursuant to Title 21 U.S.C. § 853(p) and Fed.

R. Crim. P. 32.2(e)(1).

A TRUE BILL

REDACTED PURSUANT TO E-
GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____

FOR BRIAN NOWINSKI
Assistant United States Attorney